# Exhibit I

| | Access Location | Start Time (UTC) | Start Time (EST) | End Time (UTC) | End Time (EST) | Session Duration |
|---|---|---|---|---|---|---|
|  | INTRUSIONS FROM LG OFFICE ENGLEWOOD CLIFFS, NEW JERSEY | | | | | |
| 1 | LG Office - USA | 18 Sep 23 13:20:08 UTC | 18 Sep 23 08:20:08 EST | 18 Sep 23 21:39:16 UTC | 18 Sep 23 16:39:16 EST | 0 days, 8 hours, 19 minutes, and 8 seconds |
| 2 | LG Office - USA | 19 Sep 23 11:45:15 UTC | 19 Sep 23 06:45:15 EST | 19 Sep 23 21:11:46 UTC | 19 Sep 23 16:11:46 EST | 0 days, 9 hours, 26 minutes, and 31 seconds |
| 3 | LG Office - USA | 26 Sep 23 12:50:17 UTC | 26 Sep 23 07:50:17 EST | 26 Sep 23 20:33:02 UTC | 26 Sep 23 15:33:02 EST | 0 days, 7 hours, 42 minutes, and 45 seconds |
| 4 | LG Office - USA | 26 Sep 23 12:50:25 UTC | 26 Sep 23 07:50:25 EST | 26 Sep 23 15:15:22 UTC | 26 Sep 23 10:15:22 EST | 0 days, 2 hours, 24 minutes, and 57 seconds |
| 5 | LG Office - USA | 05 Oct 23 12:49:30 UTC | 05 Oct 23 07:49:30 EST | 05 Oct 23 12:49:40 UTC | 05 Oct 23 07:49:40 EST | 0 days, 0 hours, 0 minutes, and 10 seconds |

The total session duration from the LG Office - USA is **27 hours, 52 minutes, and 31 seconds**.